# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DESMOND CONBOY, et al.** | : | |
| Plaintiffs | : | CIVIL ACTION NO. 3:18-224 |
| v. | : | (JUDGE MANNION) |
| **U.S. SMALL BUSINESS ADMINISTRATION, et al.** | : | |
| Defendants | : | |
| | : | |

# ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

(1) Seda Cog's motion for summary judgment, (Doc. 47), is **GRANTED**;

(2) CBE's motion for summary judgment, (Doc. 40), is **GRANTED**;

(3) CBE's motion for sanctions pursuant to Rule 37, (Doc. 43), is **DENIED**;

(4) CBE's motion for sanctions pursuant to Rule 11, (Doc. 45), is **DENIED**;

(5) SBA's motion for summary judgment, (Doc. 39), is **GRANTED**.

(6) The Clerk of Court is directed to **CLOSE THE CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: March 16, 2020**
18-224-01-ORDER